ARTIS CHARLES HARRELL
Pro se - TDC# 1334295
W.G. McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

December 4, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 10 2015

CHRIST_____

CLERK _____

COURT OF APPEALS, FIRST DISTRICT
c/o Clerk of Court
301 Fannin Street
Houston, Texas 77002

        RE: Case No: 01-15-00731-CV
            T.C. Case No. 2014-63129

            Status of Mandamus

Dear Clerk of Court:

     I received notice from this court that the court filed my petition for writ of mandamus on August 31, 2015. However, I have not received anything regarding the statue. Please inform me in writing of the status of my petition because the trial court has set the case for trial on May 2, 2016. I need this issue resolved prior to trial.

     Thank you for your immediate assistance.

Sincerely,

Artis C. Harrell

Artis Charles Harrell

Artis Charles Harrell
TDC# 1334295
W.G. McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 10 2015

CHRISTOPHER A. PRINE
CLERK

77002-206699

Court of Appeals, First District
c/o Clerk of Court
301 Fannin Street
Houston, Texas 77002